■ BERSON & CORRADO, LLP, Appellant, v ERIC SCHULTZ et al., Respondents. (And Another Action.) [825 NYS2d 645]—Appeal from order, Supreme Court, New York County (Jane S. Solomon, J.), entered January 31, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Friedman, Nardelli, Catterson and Malone, JJ.